Stephen P. Dewey (SD1354)
1 Gilbert Park
Ossining NY 10562
Mailing Address:
P.O. Box 2511
Briarcliff Manor NY 10510
(914) 923-6401

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK                    Civil Action No: 15 CV 8699
-------------------------------------------------------------------X

RICHARD BAEHR,
                        Plaintiff,
       -against-                                                  **WITHDRAWAL**
                                                      of
STEPHEN P. DEWEY, ESQ,                                       **COUNTERCLAIM**
                       Defendant.
-------------------------------------------------------------------X

       STEPHEN P. DEWEY, ESQ., having appeared and answered the Plaintiff, in good faith for an expedient resolution in this matter respectfully withdraws the Counterclaim served herein.

       **WHEREFORE,** Defendant continues his demand for Judgment dismissing the Plaintiff's Complaint, and for any such further relief as the Court may deem just and appropriate.

Dated:  Ossining, New York
           December 17, 2015

                                                                   /**s**/ Stephen P. Dewey
                                                STEPHEN P. DEWEY (SD1354)
                                                Defendant
                                                1 Gilbert Park
                                                Ossining NY 10562
                                                Mailing Address:
                                                P.O. Box 2511
                                                Briarcliff Manor NY 10510
                                                (914) 923-6401